# Court of Appeals
# of the State of Georgia

ATLANTA, September 30, 2024

*The Court of Appeals hereby passes the following order:*

## A25A0337. JAY FRANCIS SPRINGS v. CARRINGTON MORTGAGE SERVICES, LLC.

After this dispossessory proceeding was transferred from magistrate court to superior court, the superior court issued a writ of possession in favor of the plaintiff and dismissed the defendants' counterclaims in an order entered on July 30, 2024. On August 27, 2024, defendant Jay Springs filed a notice of appeal. We lack jurisdiction.

While a notice of appeal generally may be filed within 30 days of entry of the order sought to be appealed, appeals in dispossessory actions must be filed within 7 days of the date the judgment was entered. See OCGA § 44-7-56 (b) (1); *Radio Sandy Springs v. Allen Road Joint Venture*, 311 Ga. App. 334, 335-336 (715 SE2d 752) (2011). The proper and timely filing of a notice of appeal is an absolute requirement to confer appellate jurisdiction on this Court. *Perlman v. Perlman*, 318 Ga. App. 731, 739 (4) (734 SE2d 560) (2012). Springs's notice of appeal was untimely filed 28 days after the July 30 judgment he seeks to appeal. Consequently, this untimely appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 09/30/2024

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk.